AO 91 (Rev. 11/11) Criminal Complaint                                   20-048 (AUSA Rotella)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JEFFREY JAMES MILLS | ) | 20-929-M |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___see attached affidavit___ in the county of ___Lehigh___ in the ___Eastern___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Receipt and attempted receipt of child pornography |

See Attachment A.

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

/s/ Christopher Duncanson
*Complainant's signature*

Christopher Duncanson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ Honorable Henry S. Perkin
*Judge's signature*

Date: 06/03/2020

City and state: Allentown, PA ~~PHILADELPHIA, PA~~

HONORABLE HENRY S. PERKIN, U.S.M.J.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

### Cr. No. 20-929-M

I, Christopher M. Duncanson, a Special Agent with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed as a Special Agent of the FBI since April 2004. I am currently assigned to the Philadelphia Division, Allentown Resident Agency, working cases involving online crimes against children. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training and everyday work related to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. As a federal agent, I am authorized to investigate violations of laws of the United States and am a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C). I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Section 2252. I have also participated in various FBI-mandated and other training for the investigation and enforcement of federal statutes prohibiting the production, distribution, and possession of child pornography.

2. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this Affidavit are based, in part, on information provided by other investigators, and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

4. As will be shown below, there is probable cause to believe that JEFFREY JAMES MILLS has committed and attempted to commit violations of 18 U.S.C. Section 2252(a)(2), receipt of child pornography.

## BACKGROUND OF THE INVESTIGATION

5. On November 20, 2019, law enforcement computers connected to a peer-to-peer file sharing network identified a computer user at IP address 216.15.93.222 who was requesting to download child pornography files. These files were known to law enforcement to contain images or videos of known and previously identified child pornography. Your Affiant viewed these exact images and videos and confirmed that they contained child pornography, as defined by 18 U.S.C. § 2256.

6. On or about April 1, 2020 an administrative subpoena was provided to RCN Telecom Services, LLC for subscriber information relating to the use of IP address 216.15.93.222 at the time of the request, on November 20, 2019, between 6:10 PM UTC and 10:57 PM UTC. The response by RCN identified the account holder as JAMES BUCHANAN of 2750 Helen Street, Allentown, Pennsylvania 18104.

7. Your Affiant confirmed through Lehigh County assessment records, a check of publicly available databases, and a records check with the Pennsylvania Department of Transportation that an individual named JAMES BUCHANAN, with a date of birth of February 18, 1978, resides at 2750 Helen Street, Allentown, Pennsylvania 18104.

8. On May 28, 2020, your Affiant obtained a federal search warrant to search the residence at 2750 Helen Street, Allentown, Pennsylvania 18104. See Crim. No. 20-845-M.

9. . On June 3, 2020 this search warrant was executed at 2750 Helen Street in Allentown, Pennsylvania. JAMES BUCHANAN was not present at that time, and the only occupant of the home was JEFFREY JAMES MILLS, date of birth August 31, 1980.

10. JEFFREY JAMES MILLS advised he lives in the home at 2750 Helen Street, Allentown, Pennsylvania 18104, and rented a room on a monthly basis from JAMES BUCHANAN. MILLS advised BUCHANAN was not home and had left for work before your Affiant arrived at the home.

11. JEFFREY JAMES MILLS voluntarily spoke with your Affiant and identified a black custom-built Thermaltake computer tower in the basement as his computer. He further told your Affiant that he was the only one who used that particular machine and BUCHANAN never used it. MILLS admitted to accessing the same per-to-peer network identified by law enforcement that MILLS used to access and download images and videos of child pornography on November 20, 2019. MILLS said he typically downloads pornographic images and videos of girls around the age of 10, and sometimes younger. He described for investigators the location on his computer where these files could be found.

12. An on-site preview was conducted of JEFFREY JAMES MILLS' black custom-built Thermaltake computer tower, serial number VN700M1W2N1112003326, which revealed at least 600 images and videos of child pornography, as it is defined in 18 U.S.C. § 2256. The majority of these images and videos depicted pre-pubescent male and female children, some of whom were engaged in acts of oral and vaginal sex.

13. JAMES BUCHANAN was also interviewed at his place of employment in Allentown. BUCHANAN also identified the same computer as belonging to MILLS, and confirmed that he has never used MILLS' computer.

## CONCLUSION

14. Based upon the information above, your Affiant respectfully submits that there is probable cause to believe that JEFFREY JAMES MILLS has committed and attempted to commit violations of 18 U.S.C. § 2252(a)(2), receipt and attempted receipt of child pornography, as more fully set forth in Attachment A. Therefore, your Affiant respectfully requests that the arrest warrant be issued authorizing the arrest of JEFFREY JAMES MILLS.

Respectfully submitted,

_____
Christopher M. Duncanson, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 3rd day of June, 2020.

_____
HONORABLE HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE

4

## ATTACHMENT A

### Count One
### Receipt/Attempted Receipt of Child Pornography – 18 U.S.C. § 2252(a)(2), (b)(1)

On or about November 20, 2019, in Allentown, Pennsylvania, in the Eastern District of Pennsylvania, defendant JEFFREY JAMES MILLS knowingly received and attempted to receive a visual depiction using any means and facility of interstate and foreign commerce, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.